UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial LLC

**Order Filed on March 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Scott H. Richardson, Dawn M. Richardson,

Debtors

Case No.: 17-23522 KCF

Adv. No.:

Hearing Date: 3/14/18 @ 9:00 a.m..

Judge: Kathryn C. Ferguson

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 23, 2018**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Scott H. Richardson, Dawn M. Richardson
Case No: 17-23522 KCF
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 81 Walnut Avenue, Franklin TWP, NJ, 08873, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Kirsten B. Ennis, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 8, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2017 through March 2018 for a total post-petition default of $16,369.56 (7 @ $2,033.79, 1 @ $2,133.03); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $16,369.56 will be paid over six months by Debtor remitting $2,728.26 per month, which additional payments shall begin on April 1, 2018 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2018, directly to Secured Creditor's servicer address, Ditech Financial LLC, PO Box 0049, Palatine, IL 06005-5049 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-23522-KCF
Scott H. Richardson                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin            Page 1 of 1         Date Rcvd: Mar 23, 2018
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db             +Scott H. Richardson,    81 Walnut Avenue,    Somerset, NJ 08873-1445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA HOMEEQUITY TRUST 2005-7 james.shay@phelanhallinan.com
      Kirsten B. Ennis    on behalf of Debtor Scott H. Richardson pacerecf@ennislegal.com, r53278@notify.bestcase.com
      Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA HOMEEQUITY TRUST 2005-7 nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                                          TOTAL: 10