| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c) <br> **KIRSTEN B. ENNIS, LLC** <br> 92 East Main Street, Suite 407 <br> Somerville, NJ 08876 <br> (908) 713-0345 <br> mail@ennislegal.com <br><br> **Kirsten B. Ennis, Esq. (KE7927)** <br> Attorney for Scott H. Richardson, Debtor |
| In re: <br><br>     Scott H. Richardson, Debtor |

**Order Filed on June 21, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 17-23522

Chapter 13

Judge: Hon. Kathryn C. Ferguson

Hearing Date: 6/20/18 at 2:30 pm

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 21, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services

has been rendered, and no objections having been raised, it is:

ORDERED that <u>Kirsten B. Ennis, Esquire,</u> the applicant, is allowed a fee of $2,070.88

for services rendered and expenses in the amount of $0 for a total of $2,070.88.  The allowance

shall be payable:

⊠      through the Chapter 13 plan as an administrative priority.

☐      outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month

for _____ months to allow for payment of the aforesaid fee.

This Order has been signed                                    United States Bankruptcy Court
electronically.  The judge's
signature and court's seal
appear at the top of the Order

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-23522-KCF
Scott H. Richardson                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jun 21, 2018
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db            +Scott H. Richardson,   81 Walnut Avenue,   Somerset, NJ 08873-1445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kirsten B. Ennis    on behalf of Debtor Scott H. Richardson pacerecf@ennislegal.com,
         r53278@notify.bestcase.com
        Nicholas V. Rogers    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
         GSAA HOMEEQUITY TRUST 2005-7 nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                          TOTAL: 9