Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–23522–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Scott H. Richardson
    81 Walnut Avenue
    Somerset, NJ 08873

Social Security No.:
    xxx–xx–2466

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 4, 2018.

On 10/9/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                    November 14, 2018
Time:                     10:00 AM
Location:                Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 11, 2018
JAN: amg

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-23522-KCF
Scott H. Richardson                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Oct 11, 2018
                              Form ID: 185         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db          +Scott H. Richardson,   81 Walnut Avenue,   Somerset, NJ 08873-1445
aty         +James Patrick Shay,   Phelan Hallinan Diamond Jones, LLP,   1617 JFK Blvd.,   One Penn Center,
              Suite #1400,   Philadelphia, PA 19103-1814
aty         +John M. Baron,   6221 SE Winged Foot Drive,   Stuart, FL 34997-8655
cr          +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,   Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516917326   +Bank of America,   PO Box 722929,   Houston, TX 77272-2929
517045349    Bank of America, N.A.,   Bank of America,   P.O. Box 31785,   Tampa, FL 33631-3785
516917327   +Barbara Ann Mellor Holmes,   c/o Louis H. Miron, Esq.,   PO Box 2956 - 220 Lenox Avenue,
              Westfield, NJ 07091-2956
517015956   +Barbara Mellor-Holmes,   Louis H. Miron, Esq.,   11 Commerce Dr., Suite 308,
              Cranford, NJ 07016-3513
516917328   +Cach of NJ, LLC,   C/O Harrison Ross Byck,   229 Palaza Blvd,   ste 112,
              Morrisville, PA 19067-7601
516917329   +Eastern Account System INC.,   Attn: Bankruptcy Dept.,   Po Box 837,   Newtown, CT 06470-0837
516917330   #+Eastern Account System INC.,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
517072905    HSBC Bank USA, National Association et.al.,   Wells Fargo Bank, N.A.,
              Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
516917333   +IC System,   Po Box 64378,   Saint Paul, MN 55164-0378
516917332   +IC System,   Attn: Bankruptcy,   444 Highway 96 East; Po Box 64378,   St. Paul, MN 55164-0378
516917335   +John Baron, Esq.,   Po Box 2175,   Hobe Sound, FL 33475-2175
516917336   +Johnny on the Spot,   Kathleen R. Wall,   2640 Highway 70,   PO Box A,
              Manasquan, NJ 08736-0631
516917338   +Merc Adj Bur,   6390 Main St S-160,   Williamville, NY 14221-5859
516917337   +Merc Adj Bur,   Po Box 9016,   Williamsville, NY 14231-9016
517139565   +Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,   Po Box 2036,
              Warren MI 48090-2036
516917339   +Overlook Hospital,   99 Beauvoir Avenue,   Summit, NJ 07901-3595
516917341   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
              Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 23:33:34     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 23:33:31     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517157835    E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 23:44:07
              CACH, LLC C/O Resurgent Capital Services,   P.O. Box 10675,   Greenville, SC 29603-0675
517520566    E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 23:44:29
              CACH, LLC C/O Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
517149906   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2018 23:44:07     Directv, LLC,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516967984    E-mail/Text: bankruptcy.bnc@ditech.com Oct 11 2018 23:33:08
              Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
516917331    E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:40     Green Tree Servicing L,
              332 Minnesota St Ste 610,   Saint Paul, MN 55101
516917334   +E-mail/Text: collections@jeffersonassociates.com Oct 11 2018 23:33:38     Jefferson Associates,
              3 Coral St,   Edison, NJ 08837-3242
517048604   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2018 23:44:07     Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516917340    Spouse
516917324   ##+ACB Receivables Management,   Po Box 350,   Asbury Park, NJ 07712-0350
516917325   ##+ACB Receivables Management,   19 Main St,   Asbury Park, NJ 07712-7012
                                                                     TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Oct 11, 2018
                             Form ID: 185             Total Noticed: 30
```

                  ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
```
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kirsten B. Ennis    on behalf of Debtor Scott H. Richardson pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          Nicholas V. Rogers    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           GSAA HOMEEQUITY TRUST 2005-7 nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers   on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                                TOTAL: 9
```