| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No: 17-23522 KCF |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Ditech Financial LLC | Chapter: 13<br><br>Hearing Date:<br><br>Judge: Kathryn C. Ferguson |

Order Filed on February 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:
Scott H. Richardson
            Debtor
Dawn M. Richardson
            Co-Debtor

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 8, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>Ditech Financial LLC</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot , Block ,   81 Walnut Ave, Franklin Twp NJ 08873**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Scott H. Richardson  
    Debtor

Case No. 17-23522-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Feb 08, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2019.  
db         +Scott H. Richardson,   81 Walnut Avenue,   Somerset, NJ 08873-1445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2019 at the address(es) listed below:  
            Albert Russo   docs@russotrustee.com  
            Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
            Denise E. Carlon   on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            James Patrick Shay   on behalf of Creditor HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA HOMEEQUITY TRUST 2005-7 jpshay@mdwcg.com, jpshay@gmail.com  
            Kirsten B. Ennis   on behalf of Debtor Scott H. Richardson pacerecf@ennislegal.com, r53278@notify.bestcase.com  
            Nicholas V. Rogers   on behalf of Creditor HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA HOMEEQUITY TRUST 2005-7 nj.bkecf@fedphe.com  
            Rebecca Ann Solarz   on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com  
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
            William M.E. Powers   on behalf of Creditor Bank of America, N.A. ecf@powerskirn.com  
            William M.E. Powers, III   on behalf of Creditor Bank of America, N.A. ecf@powerskirn.com  
                                                                                                        TOTAL: 10