Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                  Case No.: 17−23522−KCF
                                                  Chapter: 13
                                                  Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Scott H. Richardson
    81 Walnut Avenue
    Somerset, NJ 08873

Social Security No.:
    xxx−xx−2466

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/19/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 19, 2019
JAN: slf

                                                                                  Jeanne Naughton
                                                                                   Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                    Case No. 17-23522-KCF
Scott H. Richardson                                                       Chapter 13
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2        Date Rcvd: Feb 19, 2019
                              Form ID: 148                 Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db             +Scott H. Richardson,    81 Walnut Avenue,    Somerset, NJ 08873-1445
aty            +John M. Baron,    6221 SE Winged Foot Drive,    Stuart, FL 34997-8655
cr             +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516917326      +Bank of America,    PO Box 722929,    Houston, TX 77272-2929
516917327      +Barbara Ann Mellor Holmes,    c/o Louis H. Miron, Esq.,    PO Box 2956 - 220 Lenox Avenue,
                 Westfield, NJ 07091-2956
517015956      +Barbara Mellor-Holmes,    Louis H. Miron, Esq.,    11 Commerce Dr., Suite 308,
                 Cranford, NJ 07016-3513
516917328      +Cach of NJ, LLC,    C/O Harrison Ross Byck,    229 Palaza Blvd,    ste 112,
                 Morrisville, PA 19067-7601
516917329       Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
516917330     #+Eastern Account System INC.,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
517072905       HSBC Bank USA, National Association et.al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516917335      +John Baron, Esq.,    Po Box 2175,    Hobe Sound, FL 33475-2175
516917336      +Johnny on the Spot,    Kathleen R. Wall,    2640 Highway 70,    PO Box A,
                 Manasquan, NJ 08736-0631
516917338      +Merc Adj Bur,    6390 Main St S-160,    Williamville, NY 14221-5859
516917337      +Merc Adj Bur,    Po Box 9016,    Williamsville, NY 14231-9016
517139565      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
516917339      +Overlook Hospital,    99 Beauvoir Avenue,    Summit, NJ 07901-3595

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 02:05:10     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 02:05:08     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517045349       EDI: BANKAMER.COM Feb 20 2019 06:28:00     Bank of America, N.A.,    Bank of America,
                 P.O. Box 31785,    Tampa, FL 33631-3785
517157835       EDI: RESURGENT.COM Feb 20 2019 06:28:00     CACH, LLC C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
517520566       EDI: RESURGENT.COM Feb 20 2019 06:28:00     CACH, LLC C/O Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC  29603-0587
517149906      +EDI: AIS.COM Feb 20 2019 06:28:00     Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516967984       E-mail/Text: bankruptcy.bnc@ditech.com Feb 20 2019 02:04:43
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516917331       EDI: RMSC.COM Feb 20 2019 06:28:00     Green Tree Servicing L,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101
516917333      +EDI: IIC9.COM Feb 20 2019 06:28:00     IC System,    Po Box 64378,    Saint Paul, MN 55164-0378
516917332      +EDI: IIC9.COM Feb 20 2019 06:28:00     IC System,    Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
516917334      +E-mail/Text: collections@jeffersonassociates.com Feb 20 2019 02:05:15     Jefferson Associates,
                 3 Coral St,    Edison, NJ 08837-3242
517048604      +EDI: AIS.COM Feb 20 2019 06:28:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516917341       EDI: WFFC.COM Feb 20 2019 06:28:00     Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516917340       Spouse
516917324    ##+ACB Receivables Management,    Po Box 350,    Asbury Park, NJ 07712-0350
516917325    ##+ACB Receivables Management,    19 Main St,    Asbury Park, NJ 07712-7012
                                                                                  TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2         Date Rcvd: Feb 19, 2019
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           GSAA HOMEEQUITY TRUST 2005-7 jpshay@mdwcg.com,  jpshay@gmail.com
          Kirsten B. Ennis     on behalf of Debtor Scott H. Richardson pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          Nicholas V. Rogers     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           GSAA HOMEEQUITY TRUST 2005-7 nj.bkecf@fedphe.com
          Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers     on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers, III     on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 10
```