UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

CN 4853

Trenton,  NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

**Order Filed on February 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Sernita Ann Walsh

Case No.: 17-23558 / KCF

Chapter 13

Hearing Date: 02/13/2019  at 9:00 AM

Judge: Kathryn C. Ferguson

Debtor(s)

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 19, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-23522-KCF
Scott H. Richardson                                                             Chapter 13
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1         Date Rcvd: Feb 19, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db              +Scott H. Richardson,   81 Walnut Avenue,   Somerset, NJ 08873-1445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay   on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           GSAA HOMEEQUITY TRUST 2005-7 jpshay@mdwcg.com,  jpshay@gmail.com
          Kirsten B. Ennis   on behalf of Debtor Scott H. Richardson pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          Nicholas V. Rogers   on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           GSAA HOMEEQUITY TRUST 2005-7 nj.bkecf@fedphe.com
          Rebecca Ann Solarz   on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers   on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                           TOTAL: 10